IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**HOPE ROBINSON,**

    **Plaintiff,**                  CASE NO. 14-80811-CIV-DIMITROULEAS

vs.

**ACCOUNT DISCOVERY SYSTEMS, LLC,**

    **Defendant.**
_____/

## SATISFACTION OF JUDGMENT

Plaintiff, Hope Robinson ("Plaintiff"), hereby notifies the Court that the Defendant, Account Discovery Systems, LLC, ("Defendant"), has satisfied the Final Default Judgment entered by this Court. The Defendant does not owe the Plaintiff any more monies for the Final Default Judgment.

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                              **DISPARTI FOWKES & HASANBASIC, P.A.**

                              /s/ Jon Dubbeld_____
                              Jon Dubbeld, Esq.
                              Fla Bar No. 105869
                              Paul R. Fowkes, Esq.
                              Fla. Bar No. 723886
                              pfowkes@dfhlawfirm.com
                              2154 Duck Slough Blvd. Suite 101
                              Trinity, Florida 34655
                              (813) 221-0500 (Telephone)
                              Attorneys for Plaintiff